NINA E. JEWETT, ADMX. *v.* MATTHEW PUDLO ET AL.

February Term, 1933.

Present: SLACK, MOULTON, and THOMPSON, JJ., and BUTTLES, Supr. J.

Opinion filed May 1, 1934.

*Raymond Trainor* for the defendants.

*Fenton, Wing, Morse & Jeffords* for the plaintiff.

THOMPSON, J. This is an action of tort, which below was consolidated with the case of *Nina E. Jewett* v. *Matthew Pudlo et al., ante,* page 249. It was tried below and heard here with that case, and involves the same questions. For the reasons specified in our opinion in that case, judgment in this case is *affirmed.*